1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. TURNER,<br><br>            Plaintiff,<br><br>      v.<br><br>CASTILLO, *et al.*,<br><br>            Defendants. | Case No.  1:23-cv-01449-NODJ-BAM (PC)<br><br>ORDER DENYING MOTION TO DISPUTE 28 U.S.C. § 1915(b)(2)<br><br>(ECF No. 15) |

Plaintiff Paul A. Turner ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's Motion to Dispute 28 U.S.C. § 1915(b)(2), filed December 29, 2023, which the Court construes as a motion for relief from the filing fee.  (ECF No. 15.)  In his motion, Plaintiff states that money is being withdrawn from his account more than three times a month, and 20 percent does not seem accurate to his account.  Plaintiff has attached a recent copy of his inmate trust account statement showing withdrawals made during the month of December 2023.  (*Id.* at 3.)

Plaintiff is advised that CDCR's deductions from his inmate trust account were properly made in accordance with 28 U.S.C. § 1915(b)(2) and the Supreme Court's decision in *Bruce v. Samuels*, 577 U.S. 82 (2016).  In *Bruce*, the Supreme Court held that "monthly installment payments, like the initial partial payment, are to be assessed on a per-case basis" and that

1

"simultaneous, not sequential, recoupment of multiple filing fees" is required by 28 U.S.C. § 1915(b)(2). *Id.* at 85, 87.  The trust statement attached to Plaintiff's motion shows that on December 1, 2023, a withdrawal of $48.02 was made for the filing fee in the instant action, 1:23-CV-01449-BAM, and another withdrawal of $38.02 was made for Case No. 1:23-CV-01447-CDB. (ECF No. 15, p. 3.)  As shown in the "Obligation List" portion of the trust statement, it appears Plaintiff currently owes a balance towards the filing fees in both of these actions.  (*Id.*)  Therefore, the simultaneous deductions from Plaintiff's inmate trust account to pay multiple outstanding filing fees were lawful and properly made.  As such, no relief from CDCR's deduction of funds from Plaintiff's trust account is warranted.

      Accordingly, Plaintiff's motion to dispute 28 U.S.C. § 1915(b)(2), requesting relief from filing fees, (ECF No. 15), is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **January 9, 2024**                    /s/ *Barbara A. McAuliffe*  
                                                                  UNITED STATES MAGISTRATE JUDGE