|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PAUL A. TURNER, | No. 1:23-cv-01449-KES-BAM (PC) |
|---|---|
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| CASTILLO, et al., | (Doc. 19) |
| Defendants. | |

Plaintiff Paul A. Turner is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 14, 2024, the assigned magistrate judge screened plaintiff's first amended complaint and issued findings and recommendations that this action proceed against Defendant David Castillo for a Fourth Amendment violation for conducting the first strip search with an activated body camera and/or patio camera. Doc. 19. The magistrate judge further recommended that all other claims be dismissed based on plaintiff's failure to state claims upon which relief may be granted. *Id.* The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen days after service. *Id.* at 11. On April 17, 2024, following an extension of time, plaintiff timely filed objections to the findings and recommendations. Doc. 24.

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of

this case.

Plaintiff's objections fail to establish any error in the findings and recommendations. Plaintiff alleges in a conclusory fashion that his first amended complaint sufficiently articulated cognizable claims against the defendants and complied with all procedural requirements. However, plaintiff provides no factual allegations in support of his assertions, beyond the allegations in the first amended complaint already considered by the magistrate judge.

Having carefully reviewed the file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on February 14, 2024, Doc. 19, are adopted in full;
2. This action shall proceed on plaintiff's first amended complaint, filed January 25, 2024, Doc. 18, against defendant Castillo for a Fourth Amendment violation for conducting the first strip search with an activated body camera and/or patio camera; and
3. All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted; and
4. This action is referred back to the assigned magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   October 21, 2024

_____
UNITED STATES DISTRICT JUDGE

2