UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. TURNER,<br><br>        Plaintiff,<br><br>    v.<br><br>CASTILLO, et al.,<br><br>        Defendants. | No.  1:23-cv-01449-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR ISSUANCE OF AN INJUNCTION OR TEMPORARY RESTRAINING ORDER<br><br>(Docs. 25, 26) |

Plaintiff Paul A. Turner is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 13, 2024, the assigned magistrate judge issued findings and recommendations to deny plaintiff's motion for issuance of an injunction or temporary restraining order.  Doc. 26. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  *Id.*  Plaintiff has not filed objections, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636 (b)(1), this court has conducted a de novo review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on June 13, 2024, Doc. 26, are adopted in full;

1

2. Plaintiff's motion for issuance of an injunction or temporary restraining order, Doc. 25, is denied; and

3. The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   October 21, 2024

UNITED STATES DISTRICT JUDGE