UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. TURNER,<br><br>        Plaintiff,<br><br>    v.<br><br>CASTILLO, *et al.*,<br><br>        Defendants. | Case No.: 1:23-cv-01449-KES-BAM (PC)<br><br>ORDER THAT INMATE PAUL A. TURNER IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Paul A. Turner is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on March 12, 2025. Inmate Paul A. Turner, CDCR #G-52377, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge