UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CASTILLO, et al.,<br><br>　　　　　Defendants. | No.  1:23-cv-01449-KES-BAM (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On March 12, 2025, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **March 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1