1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8

9   PAUL A. TURNER,                          Case No.  1:23-cv-01449-KES-BAM (PC)

10               Plaintiff,                   ORDER REGARDING STIPULATION FOR
                                             VOLUNTARY DISMISSAL WITH
11        v.                                  PREJUDICE

12   CASTILLO, *et al.*,                       (ECF No. 40)

13               Defendants.

14

15        Plaintiff Paul A. Turner ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

16   *pauperis* in this civil rights action under 42 U.S.C. § 1983.

17        Currently before the Court is a stipulation for voluntary dismissal of this action with

18   prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel.

19   (ECF No. 40.)  The stipulation is signed and dated by Plaintiff and counsel for Defendant, and

20   indicates that each party shall bear its own litigation costs and attorney's fees.

21        Accordingly, this action is terminated by operation of law without further order from the

22   Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to close this case.

23

24   IT IS SO ORDERED.

25      Dated:   **March 19, 2025**            ___/s/ *Barbara A. McAuliffe*___
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28

1